**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Krista Tolar, Individually and as Guardian ad Litem for Kaitlyn Gray, a minor, and Jason Tolar,<br><br>    Plaintiffs,<br>v.<br><br>Flagstaff Unified School District; John Pertuit and Jane Doe Pertuit, Husband and Wife; KIKS American Karate, a Business; David Roth; John and Jane Does 1-10; ABC Corporations 1-10; XYZ Partnerships 1-10; and White Limited Liability Companies 1-10,<br><br>    Defendant. | No. 09-CV-8210-PCT-PGR<br><br>**ORDER** |

Having reviewed the Application to Withdraw as Counsel of Record (Doc. 14) for Defendants John Pertuit[1] and KIKS American Karate ("KIKS") filed by Sanders & Parks, P.C.,

IT IS HEREBY ORDERED that Garrick Gallagher and Mandi Karvis, of the law firm of Sanders & Parks, P.C., are permitted to withdraw as counsel of record for Defendants John Pertuit and KIKS.

---

[1] According to the Notice of Removal, the correct spelling of Defendant's last name is Pertuit. Defendant is incorrectly identified throughout the documents filed. Counsel is advised to pay close attention to the spelling of this name and advise the Court as to the correct spelling, if in fact Defendant Pertuit's name is being misspelled.

IT IS FURTHER ORDERED that associate counsel, Charles Onofry[2] of the law firm of Schneider & Onofry, P.C., shall be sole counsel of record for Defendants John Pertuit and KIKS.

DATED this 6th day of April, 2010.

Paul G. Rosenblatt
United States District Judge

---

[2] On April 1, 2010, Mr. Onofry filed a Notice of Association. Mr. Onofry's office has been provided with a copy of the available file materials and has been informed of any case deadlines. Discovery has not yet begun and a trial date has not been selected.